1  Michael A. McGill, SBN 231613
   mcgill@policeattorney.com
2  Christopher L. Gaspard, SBN 275763
3  chris@policeattorney.com
   Joseph N. Bolander, SBN 280857
4  bolander@policeattorney.com
5  LACKIE, DAMMEIER, MCGILL & ETHIR APC
6  367 North Second Avenue
   Upland, California  91786
7  Telephone: (909) 985-4003
8  Facsimile:  (909) 985-3299

9
   Attorneys for Plaintiffs
10 MICHAEL SALIBA; CARY COLLA

11

12           UNITED STATES DISTRICT COURT

13         NORTHERN DISTRICT OF CALIFORNIA

14 MICHAEL SALIBA and CARY          | Case No.: C13-00409 EJD
15 COLLA,

16
               Plaintiffs,          | PLAINTIFFS' NOTICE OF
17                                  | SUBSTITUTION OF COUNSEL;
18    vs.                           | PROPOSED ORDER

19
   COUNTY OF SANTA CLARA, A
20 Municipal Corporation; and DOES 1
21 THROUGH 10, inclusive,

22             Defendant.

23

24

25     Pursuant to Civil L.R. 7-11 and 11-5, Plaintiff Michael Saliba and Plaintiff

26 Cary Colla ("Plaintiffs") hereby request this Court issue an order permitting the

27 withdrawal of its counsel of record, Joseph N. Bolander, from the firm of Lackie,
28

1  Dammeier, McGill and Ethir, APC ("LDME"), and the appearance of substitute

2  counsel, Brandi Harper, from the law firm Gaspard Castillo Winter Harper

3
4  (GCWH), on Plaintiffs' behalf in this action. Plaintiffs submit that this substitution

5  of counsel is in the interests of justice, as the law firm of LDME is currently

6
7  undergoing a sudden dissolution and is therefore without litigation attorneys to

8  prosecute the instant matter.

9  Plaintiff Michael Saliba and Plaintiff Cary Colla, along with Joseph

10
11  Bolander and LDME, all consent to such withdrawal and substitution of counsel.

12  Accordingly, Plaintiffs respectfully request that the Court enter an order

13
14  reflecting the change, and that all necessary changes be made to the Court's

15  records and ECF, and that all future communications regarding this case be

16  directed to the following:

17
18  Brandi L. Harper, SBN 264672
   Gaspard Castillo Winter & Harper
19  7900 Limonite Ave, Suite G-309 Riverside CA 92509
   Telephone:    (951) 266 - 9059
20  Email:    GCWHlaw@gmail.com

21
22  On September 23, 2013, Counsel for Defendant, Melissa Kiniyalocts,

23
24  Deputy County Counsel of the Office of the County Counsel for the County of

25  Santa Clara, was informed of the proposed substitution and indicated that

26  Defendant does not intend to oppose the instant request.

27
28

1   WHEREFORE, Plaintiffs respectfully request that this Court enter its Order

2   permitting withdrawal and substitution of counsel for Plaintiffs, and update the

3
4   Court's ECF system for this case by removing Joseph N. Bolander, Michael

5   McGill and Christopher Gaspard of Lackie Dammeier McGill & Ethir, APC, as

6   counsel or record and substituting in their place Brandi L. Harper of Gaspard

7
8   Castillo Winters Harper as counsel of record for Plaintiffs.

9

10  Date: September 2⊙, 2013          LACKIE, DAMMEIER, MCGILL & ETHIR APC

11

12                                    By: _____
13                                         Joseph N. Bolander, Esq.
14

15  Date: September /2, 2013          GASPARD CASTILLO WINTERS HARPER

16
17                                    By: _____
18                                         Brandi L. Harper, Esq.

19

20  Date: September 25, 2013          PLAINTIFF

21
22                                    By: _____
                                          Michael Saliba
23

24  Date: September ___, 2013         PLAINTIFF
25

26                                    By: _____
27                                         Cary Colla

28

1  WHEREFORE, Plaintiffs respectfully request that this Court enter its Order

2  permitting withdrawal and substitution of counsel for Plaintiffs, and update the

3
4  Court's ECF system for this case by removing Joseph N. Bolander, Michael

5  McGill and Christopher Gaspard of Lackie Dammeier McGill & Ethir, APC, as

6
7  counsel or record and substituting in their place Brandi L. Harper of Gaspard

8  Castillo Winters Harper as counsel of record for Plaintiffs.

9
10  Date: September 26, 2013      LACKIE, DAMMEIER, MCGILL & ETHIR APC

11
12  By: _____
13  Joseph N. Bolander, Esq.
14
15  Date: September 30, 2013      GASPARD CASTILLO WINTERS HARPER
16
17  By: _____
18  Brandi L. Harper, Esq.
19
20  Date: September ___, 2013      PLAINTIFF
21
22  By: _____
    Michael Saliba
23
24  Date: September 26, 2013      PLAINTIFF
25
26  By: _____
27  Cary Colla
28

1

2 [PROPOSED] ORDER

3
The above NOTICE OF SUBSTITUTION OF COUNSEL & PROPOSED
4

5 ORDER is approved.

6

7

8 IT IS SO ORDERED.
Dated: 9/27/2013
9
EDWARD J. DAVILA
10 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28