1  Michael A. McGill, SBN 231613
   mcgill@policeattorney.com
2  Christopher L. Gaspard, SBN 275763
3  chris@policeattorney.com
   Joseph N. Bolander, SBN 280857
4  bolander@policeattorney.com
5  LACKIE, DAMMEIER, MCGILL & ETHIR APC
   367 North Second Avenue
6  Upland, California 91786
7  Telephone: (909) 985-4003
8  Facsimile: (909) 985-3299

9
   Attorneys for Plaintiffs
10 MICHAEL SALIBA; CARY COLLA

11

12               UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14 MICHAEL SALIBA and CARY            Case No.: C13-00409 EJD
15 COLLA,

16
                Plaintiffs,
17                                    PLAINTIFFS' NOTICE OF
                                      SUBSTITUTION OF COUNSEL;
18     vs.                            PROPOSED ORDER

19 COUNTY OF SANTA CLARA, A
20 Municipal Corporation; and DOES 1
21 THROUGH 10, inclusive,

22              Defendant.

23

24

25     Pursuant to Civil L.R. 7-11 and 11-5, Plaintiff Michael Saliba and Plaintiff

26 Cary Colla ("Plaintiffs") hereby request this Court issue an order permitting the

27
   withdrawal of its counsel of record, Joseph N. Bolander, from the firm of Lackie,
28

PLAINTIFF'S NOTICE OF

1  Dammeier, McGill and Ethir, APC ("LDME"), and the appearance of substitute

2  counsel, Brandi Harper, from the law firm Gaspard Castillo Winter Harper

3
4  (GCWH), on Plaintiffs' behalf in this action.  Plaintiffs submit that this substitution

5  of counsel is in the interests of justice, as the law firm of LDME is currently

6
7  undergoing a sudden dissolution and is therefore without litigation attorneys to

8  prosecute the instant matter.

9      Plaintiff Michael Saliba and Plaintiff Cary Colla, along with Joseph

10
11  Bolander and LDME, all consent to such withdrawal and substitution of counsel.

12      Accordingly, Plaintiffs respectfully request that the Court enter an order

13
14  reflecting the change, and that all necessary changes be made to the Court's

15  records and ECF, and that all future communications regarding this case be

16  directed to the following:

17
18      Brandi L. Harper, SBN 264672
       Gaspard Castillo Winter & Harper
19      7900 Limonite Ave, Suite G-309 Riverside CA 92509
       Telephone:     (951) 266 - 9059
20      Email:      GCWHlaw@gmail.com
21

22      On September 23, 2013, Counsel for Defendant, Melissa Kiniyalocts,

23
24  Deputy County Counsel of the Office of the County Counsel for the County of

25  Santa Clara, was informed of the proposed substitution and indicated that

26  Defendant does not intend to oppose the instant request.
27

28

1    WHEREFORE, Plaintiffs respectfully request that this Court enter its Order

2   permitting withdrawal and substitution of counsel for Plaintiffs, and update the

3   Court's ECF system for this case by removing Joseph N. Bolander, Michael

4   McGill and Christopher Gaspard of Lackie Dammeier McGill & Ethir, APC, as

5

6   counsel or record and substituting in their place Brandi L. Harper of Gaspard

7   Castillo Winters Harper as counsel of record for Plaintiffs.

8

9

10  Date: September 26, 2013       LACKIE, DAMMEIER, MCGILL & ETHIR APC

11

12                                  By: _____

13                                        Joseph N. Bolander, Esq.

14

15  Date: September 22, 2013       GASPARD CASTILLO WINTERS HARPER

16

17                                  By: _____

18                                        Brandi L. Harper, Esq.

19

20  Date: September 25, 2013       PLAINTIFF

21

22                                  By: _____

23                                        Michael Saliba

24

25  Date: September ___, 2013      PLAINTIFF

26

27                                  By: _____

28                                        Cary Colla

1        WHEREFORE, Plaintiffs respectfully request that this Court enter its Order

2  permitting withdrawal and substitution of counsel for Plaintiffs, and update the

3

4  Court's ECF system for this case by removing Joseph N. Bolander, Michael

5  McGill and Christopher Gaspard of Lackie Dammeier McGill & Ethir, APC, as

6

7  counsel or record and substituting in their place Brandi L. Harper of Gaspard

8  Castillo Winters Harper as counsel of record for Plaintiffs.

9

10  Date: September 26, 2013     LACKIE, DAMMEIER, MCGILL & ETHIR APC

11

12                    By: _____

13                       Joseph N. Bolander, Esq.

14

15  Date: September 26, 2013     GASPARD CASTILLO WINTERS HARPER

16

17                    By: _____

18                       Brandi L. Harper, Esq.

19

20  Date: September ___, 2013    PLAINTIFF

21

22                    By: _____

23                       Michael Saliba

24

25  Date: September 26, 2013     PLAINTIFF

26                    By: _____

27                       Cary Colla

28

1
2                             [PROPOSED] ORDER
3
4        The above NOTICE OF SUBSTITUTION OF COUNSEL & PROPOSED
5 ORDER is approved.
6
7
8 IT IS SO ORDERED.
  Dated:  9/27/2013
9                                EDWARD J. DÁVILA
10                                United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28